**No. 11-7491. Ioseb Kharabadze, Petitioner v. United States.**

565 U.S. 1132, 132 S. Ct. 1054, 181 L. Ed. 2d 773, 2012 U.S. LEXIS 95.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 655 F.3d 114.